United States District Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONA ICE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2837 |
| | § | |
| BRANDON CROWDER, JULIETTE COZIER, and J&B ICESCAPES LLC, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On September 11, 2026, the court granted Plaintiff Kona Ice, Inc.'s ("Plaintiff") Motion for Summary Judgment (Docket Entry No. 35) and held that Plaintiff was entitled to recover actual damages of $73,723.00 from Defendants Brandon Crowder, Juliette Cozier, and J&B Icescapes LLC. (Hearing Minutes and Order, Docket Entry No. 39)

Accordingly, the court **ADJUDGES** that Plaintiff recover damages of $73,723.00 from Defendants Brandon Crowder, Juliette Cozier, and J&B Icescapes LLC, together with post-judgment interest at the rate of 4.15% per annum from the date of this Final Judgment.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 14th day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE